James L. Hiller, OSB No. 772220
HITT HILLER MONFILS WILLIAMS, LLP
411 SW Second Avenue, Suite 400
Portland, Oregon 97204
Telephone:  (503) 228-8870
Facsimile:  (503) 228-4250
E-mail Address: jhiller@hittandhiller.com
    *Defendants National Railroad Passenger Corporation*
    *and Union Pacific Railroad Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ROCKY J. BRADFORD, | 6:21-cv-01653-AA |
| Plaintiff, | **CORPORATE DISCLOSURE** |
| vs. | **STATEMENT OF DEFENDANT** |
| | **NATIONAL RAILROAD PASSENGER** |
| NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD COMPANY; UNITED SEATING AND MOBILITY, LLC, d/b/a NUMOTION; PERMOBIL INC., JOHN DOES 1-10 and XYZ ENTITIES 1-5, | **CORPORATION** |
| Defendants. | |

    In accordance with Fed. R. Civ. P. 7.1, Defendant National Railroad Passenger Corporation (Amtrak) is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. §24101 et seq.

    Amtrak has no parent corporation.  It has two wholly owned subsidiaries:  Passenger Railroad Insurance Limited (PRIL) and Washington Terminal Company (WTC).

The United States holds, through the U.S. Secretary of Transportation, 100% of Amtrak's preferred stock (109,396,994 shares at $100 par value).  Amtrak's common stock (9,385,694 shares at $10 par value) is held by American Premier Underwriters, Inc. (55.8%; a wholly owned, not publicly traded, subsidiary of American Financial Group, Inc., which is publicly traded), Burlington Northern and Santa Fe LLC (35.7%; BNSF LLC is a wholly-owned, not publicly traded, subsidiary of Berkshire Hathaway, which is publicly traded) Canadian Pacific Railway (6.3%), and Canadian National Railway (2.2%).  None of Amtrak's stock is publicly traded.

DATED:  January 27, 2022.

                                                        HITT HILLER MONFILS WILLIAMS LLP

By:     */s/ James L. Hiller*
     James L. Hiller, OSB No. 772220
Of Attorneys for Defendants National
Railroad Passenger Corporation and Union
Pacific Railroad Company

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION** on:

| | |
|---|---|
| Patrick Gregg<br>Corey, Byler & Rew LLP<br>PO Box 218<br>Pendleton, OR 97801<br>Phone: 541-276-3331<br>Fax: 541-276-2148<br>gregg@corey-byler.com<br>*Attorneys for Plaintiff* | Anne M. Talcott<br>Schwabe, Willamson & Wyatt PC<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204<br>Phone: 503-222-9981<br>Fax: 503-796-2900<br>atalcott@schwabe.com<br>*Attorney for Defendant United Seating dba Numotion* |

by facsimile as well as mailing a full, true and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney shown above, the last-known office of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date shown below.

DATED: January 27, 2022.

HITT HILLER MONFILS WILLIAMS LLP

By:   */s/ James L. Hiller*
James L. Hiller, OSB No. 772220
*Of Attorney for Defendants NRPC & UP*